UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAKE-TWO INTERACTIVE SOFTWARE, INC.

CIVIL ACTION NO.: 1:18-CV-7658

*Plaintiff*

vs

JHONNY PEREZ

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Miami-Dade }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida.

That on **09/18/2018 at 7:12 PM at 3000 SW 3rd Ave, Apt 905, Miami, FL 33129**

deponent served a(n) **Summons in a Civil Action and Complaint with Exhibits 1 to 3**

on **Jhonny Perez** by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: Hispanic
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
20th day of September, 2018

_____
NOTARY PUBLIC

_____
Ana Baltazar
CPS#2029


GEORGE HANZIMANOLIS
MY COMMISSION # FF951324
EXPIRES March 06, 2020
FloridaNotaryService.com

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160