Dale M. Cendali
Joshua L. Simmons
Megan L. McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
megan.mckeown@kirkland.com

*Attorneys for Plaintiff Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>JHONNY PEREZ,<br><br>            Defendant. | CASE NO. 1:18-cv-07658 (PKC) |

**PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support of this motion and the accompanying declarations Take-Two Interactive Software, Inc. ("Take-Two") will move this Court, before the Honorable P. Kevin Castel, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55.2(b) granting Take-Two default judgment against Defendant Jhonny Perez on Take-Two's claims, as well as permanent injunctive relief, statutory damages in the amount of $150,000.00, attorney's fees in the amount of $69,686.95, and such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        December 4, 2018

*/s/ Dale M. Cendali*
Dale M. Cendali
Joshua L. Simmons
Megan L. McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
megan.mckeown@kirkland.com

*Attorneys for Plaintiff*
*Take-Two Interactive Software, Inc.*