# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

December 5, 2018

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Take-Two Interactive Software, Inc. v. Perez*, No. 18 Civ. 7658 (PKC)

Dear Judge Castel:

      We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We write to request an adjournment of the initial pretrial conference currently scheduled for December 12, 2018 at 10:30 a.m. in light of Take-Two's default judgment motion, which was filed on December 4, 2018. *See* Dkt. No. 20. Take-Two respectfully requests that the conference be adjourned until such time as the Court has ruled on Take-Two's motion.

      This is Take-Two's third request to adjourn the initial pretrial conference. Given that the Defendant has not appeared in this case, Take-Two did not attempt to contact him concerning its request.

Sincerely,

/s/ Dale Cendali

Dale Cendali, P.C.