UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>JHONNY PEREZ<br><br>Defendant. | Case No.: 18-cv-07658 (PKC)<br><br>ECF Case<br><br>**DECLARATION OF SERVICE** |

I, Erika Dillon, declare as follows:

I am a paralegal at the law firm of Kirkland & Ellis LLP.  I hereby certify that I caused true and correct copies of the following documents to be served on Defendant Jhonny Perez at 3000 SW 3rd Avenue, Apartment 905, Miami FL 33129 by depositing an envelope, with sufficient pre-paid posted in a regular place of pick up by the United States Postal Service and via delivery via Federal Express:

- Plaintiff Take-Two Interactive Software, Inc.'s Notice of Motion for Default Judgment (Dkt. 20);

- Memorandum of Law in Support of Plaintiff Take-Two Interactive Software, Inc.'s Motion for Default Judgment (Dkt. 21);

- Declaration of David Andrews in Support of Plaintiff Take-Two Interactive Software, Inc.'s Motion for Default Judgment (Dkt. 22);

- Declaration of Dale M. Cendali, Esq. in Support of Plaintiff Take-Two Interactive Software, Inc.'s Motion for Default Judgment and Exhibits A through I thereto (Dkt. 23) (confidential and publicly filed versions); and

- [Proposed] Order Granting Plaintiff Take-Two Interactive Software, Inc.'s Motion for Default Judgment (Dkt. 24).

I can confirm that as of December 7, 2018, copies of all components of the filing have been delivered to Defendant at the above-listed address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 7, 2018

_____
Erika Dillon