# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

February 1, 2019

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Take-Two Interactive Software, Inc. v. Perez*, No. 18 Civ. 7658 (PKC)

Dear Judge Castel:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. The initial pretrial conference is currently scheduled for February 11, 2019 at 12:30 p.m. Although Take-Two is available and willing to attend the conference, we were not sure whether Your Honor still intended to hold a hearing on that date in light of Take-Two's pending default judgment motion (Dkt. No. 20). Accordingly, we respectfully request guidance from the Court as to whether the initial pretrial conference will be adjourned.

Sincerely,

Dale Cendali, P.C.

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.